2

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 14 1998

Michael N. Milby, Clerk of Court

Yuepas Quality Shrimp Producers, §
Inc. §
§
versus §
§
§
Jack Mitsakopoulos, an Individual, §
and Carl Y. Mitsakopoulos, an §
Individual §

CIVIL ACTION B-96-149

Order of Dismissal for Want of Prosecution

Because the summons has not been served within 120 days of the filing of the complaint, this action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

Signed August 14, 1998, at Brownsville, Texas.

United States District Court
Southern District of Texas
ENTERED

AUG 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Hilda G. Tagle
United States District Judge